UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL CHRISTENSEN,

        Plaintiff,

    v.

JP MORGAN CHASE BANK, N.A., et al.,

        Defendants.

Case No. 16-cv-0976-PJH

**ORDER RE PETITION TO RESTRAIN FORECLOSURE SALE**

On February 29, 2016, plaintiff filed a petition to restrain a foreclosure sale occurring on the next day.  Before the court rules on the petition, defendants will be given an opportunity to respond, though the court will expedite consideration of the petition to the extent possible.  Plaintiff must serve a copy of the complaint, the petition, and all supporting documents on all defendants, and must file a proof of service indicating such service by **12:00 noon** on **March 1, 2016**.  Defendants will then have until **5:00 p.m.** on **March 1, 2016** to file an opposition to the petition.  The court will conduct a hearing on the matter on **March 2, 2016** at **9:00 a.m**.

    **IT IS SO ORDERED.**

Dated:  February 29, 2016

                                            PHYLLIS J. HAMILTON
                                            United States District Judge