UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL CHRISTENSEN,

    Plaintiff,

    v.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.

Case No. 16-cv-0976-PJH

**ORDER RE SECOND PETITION TO RESTRAIN FORECLOSURE SALE**

On March 30, 2016, plaintiff filed a second petition to restrain defendants' foreclosure sale. While plaintiff also filed a "declaration of notice," indicating that "the agents for service of process for defendants" had been served, it appears that defendants have been served only with a brief, one-paragraph notice regarding plaintiff's petition. Plaintiff must serve upon defendants a copy of (1) the complaint in this action (Dkt. 1), and (2) the petition to restrain the foreclosure sale (Dkt. 10), along with all related exhibits. Plaintiff must file, on the court's docket, a proof of service indicating such service by **12:00 noon** on **March 31, 2016**. Defendants shall then have until **5:00 p.m.** on **April 1, 2016** to file an opposition to the petition. The court will conduct a hearing on the matter on **April 5, 2016** at **9:00 a.m.** in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

    **IT IS SO ORDERED.**

Dated: March 30, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge