UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CHRISTENSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK NA, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-00976-PJH<br><br>**JUDGMENT** |

　　The court having granted defendants' motion to dismiss the complaint,

　　it is Ordered and Adjudged

　　that plaintiff take nothing, and that the action is dismissed with prejudice.

　　**IT IS SO ORDERED.**

Dated: October 13, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge